

DUANE MORRIS LLP
Gregory P. Gulia
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EVERT FRESH CORPORATION, | § § § | 08 CIV 6461 |
| Plaintiff | § § § § | **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |
| v. | § § | |
| TV PRODUCTS USA, INC. KISHORE SAMTANI, NICK KURANI, ROHAN BELANI | § § § § § | |
| Defendants | § § | |



There is no parent corporation or any publicly held corporation owning 10% or more of the stock of Plaintiff Evert Fresh Corporation.

                                                Respectfully submitted,

                                                DUANE MORRIS LLP

7/18/08                                  By: _____
Date

                                                Gregory P. Gulia
                                                Christopher J. Rooney
                                                1540 Broadway
                                                New York, New York 10036-4086
                                                Telephone: (212) 692-1000
                                                Fax: (212) 692-1020

                                                Attorneys for Plaintiff,
                                                Evert Fresh Corporation

DM1\1365471.1