**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

EVERT FRESH CORPORATION,

                                      Plaintiff,

    -against-

TV PRODUCTS USA, INC., KISHORE SAMTANI, NICK KURANI
ROHAN BELANI,

                                  Defendants.

------------------------------------------------------------------X

Index No.: 2008 CIV 6461

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK    )

        **RONALD GUEST,** being duly sworn, deposes and says:

        1.      That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

        2.      That on <u>July 22, 2008,</u> at approximately <u>4:32 p.m.,</u> I served by hand, by personally delivering to and leaving with, a true and correct copy of the forgoing documents: **SUMMONS IN A CIVIL CASE and COMPLAINT with Exhibit A-F and Individual Practices of Judge Harold Baer, Jr.,** all upon **TV PRODUCTS USA, INC.,** by Personal Delivery, via Mr. Rohan Belani, who identified himself as the "Chief Executive Officer", and who accepted service on behalf of TV Products USA, Inc., which service was effected at their actual place of business indicated below:

                      TV PRODUCTS USA, INC.
                      230 Fifth Avenue / 6th Floor
                      New York, New York 10001

        3.    **Mr. Rohan Belani** can best be described as:

Male - Brown skin – Black hair - Brown eyes - Approximately 33 – 43 years of age, 5'7" - 5'11" and 155 – 195 lbs.

Dated:    July 22, 2008
           New York, New York

                                            _____
                                          RONALD GUEST
                                          License No.: 1282614

Sworn to before me this 22nd day of July 2008.

_____
NOTARY PUBLIC

                    **HOLLY ROLDAN**
            **Notary Public, State of New York**
                 **No. 01RO6125752**
          **Qualified In New York County**
        **Commission Expires April 20, 2009**

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

Post Office Box 3265
NEW YORK, NEW YORK 10268
212-608-1555

*'We've built our service on your satisfaction'*