DUANE MORRIS, L.L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
EVERT FRESH CORPORATION,

                            Plaintiff,

-against-

TV PRODUCTS USA, INC., KISHORE SAMTANI, NICK KURANI
ROHAN BELANI,

                            Defendants.
-----------------------------------------------------------------------X

Index No.: 2008 CIV 6461

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

        **RONALD GUEST,** being duly sworn, deposes and says:

        1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

        2.    That on July 22, 2008, at approximately 4:29 p.m., I served by hand, by personally delivering to and leaving with, a true and correct copy of the forgoing documents: **SUMMONS IN A CIVIL CASE and COMPLAINT with Exhibit A-F and Individual Practices of Judge Harold Baer, Jr.,** all upon **NICK KURANU, (an Individual)** by Substituted Service, via Mr. Rohan Belani, who identified himself as the Chief Executive Officer and who was served on behalf of Nick Kurani, Individually. Mr. Rohan Belani, who is known and known to be someone of suitable age and discretion, who indicated upon inquiry, that he nor Nick Kurani are neither in Military Service nor dependant upon anyone within Military Service, which service was effected at the business address indicated below:

                NICK KURANI
                TV Products USA, Inc.
                230 Fifth Avenue / 6th Floor
                New York, New York 10001

        3.    **Mr. Rohan Belani** can best be described as:

Male - Brown skin – Black hair - Brown eyes - Approximately 33 – 43 years of age, 5'7" - 5'11" and 155 – 195 lbs.

        4.    On July 23, 2008, I deposited in a United States Post Office within New York State, via Regular First Class Mail, another true copy of the abovementioned documents, properly enclosed and sealed in a post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action commenced against the person served, and was addressed to N<small>ICK</small> K<small>URANI</small> at the address noted above.

Dated:  July 23, 2008
             New York, New York

                                                                     _____
                                                                     RONALD GUEST
                                                                     License No.: 1282614

Sworn to before me this 23rd day of July 2008.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 20<u>09</u>

---

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**
-A F<small>ULL</small>-S<small>ERVICE</small> L<small>ITIGATION</small> S<small>UPPORT</small> C<small>ORPORATION</small>-

Post Office Box 3265
N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10268
212-608-1555

*"We've built our service on your satisfaction"*