DUANE MORRIS, L.L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EVERT FRESH CORPORATION,

                        Plaintiff,

    -against-

TV PRODUCTS USA, INC., KISHORE SAMTANI, NICK KURANI
ROHAN BELANI,

                        Defendants.
-------------------------------------------------------------------X

Index No.: 2008 CIV 6461

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                    ) ss.:
COUNTY OF NEW YORK    )

        **RONALD GUEST,** being duly sworn, deposes and says:

    1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

    2.    That on <u>July 22, 2008,</u> at approximately <u>4:31 p.m.,</u> I served by hand, by personally delivering to and leaving with, a true and correct copy of the forgoing documents: **SUMMONS IN A CIVIL CASE and COMPLAINT with Exhibit A-F and Individual Practices of Judge Harold Baer, Jr.,** all upon **ROHAN BELANI,** by Personal Delivery, via Mr. Rohan Belani, who identified himself as the person deponent was seeking to serve. Mr. Rohan Belani, who is known and known to be someone of suitable age and discretion, who indicated upon inquiry, that he is neither in Military Service nor dependant upon anyone within Military Service, which service was effected at his actual place of business indicated below:

        ROHAN BELANI
        TV Products USA, Inc.
        230 Fifth Avenue / 6th Floor
        New York, New York 10001

    3.    **Mr. Rohan Belani** can best be described as:

Male - Brown skin – Black hair - Brown eyes - Approximately 33 – 43 years of age, 5'7" - 5'11" and 155 – 195 lbs.

Dated:    July 22, 2008
             New York, New York

                                                                  RONALD GUEST
                                                                  License No.: 1282614

Sworn to before me this 22nd day of July 2008.

                                HOLLY ROLDAN
                          Notary Public, State of New York
                              No. 01RO6125752
                        Qualified In New York County
NOTARY PUBLIC        Commission Expires April 20, 2009

RAPID & RELIABLE ATTORNEY SERVICE, CORP.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

Post Office Box 3265
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our service on your satisfaction"*