UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 08-6461-CIV-BAER/KATZ

| | | |
|---|---|---|
| EVERT FRESH CORPORATION, | ) | |
| PLAINTIFF | ) ) ) | |
| v. | ) ) | **RULE 7.1 STATEMENT** |
| TV PRODUCTS USA, INC. KISHORE SAMTANI, NICK KURANI, ROHAN BELANI | ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TV Products USA, Inc. (a private non-governmental party) certifies that it has no parent corporation, and no publicly traded corporation owns 10% or more of its common stock.

Dated: August 11, 2008

                        Respectfully submitted,

                        BOND, SCHOENECK & KING, PLLC

                        By:  s/ Brian J. Butler
                              Brian J. Butler (BB3493)
                              Michael P. Collins (MC 0906)
                        One Lincoln Center
                        Syracuse, New York 13202
                        Telephone: (315) 218-8000
                        Fax: (315) 218-8100
                        Email: butlerb@bsk.com

and

TAFT STETTINIUS & HOLLISTER LLP
John M. Mueller
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
Email: Mueller@taftlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served this 11th day of August, 2008, by regular U.S. mail postage pre-paid upon the following:

    Gregory P. Gulla, Esq.
    Christopher J. Rooney, Esq.
    Duane Morris LLP
    1540 Broadway
    New York, New York 10036-4086

                                              s/ Brian J. Butler
                                              Brian J. Butler