BA(AD)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

DUANE MORRIS LLP
Gregory P. Gulia
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERT FRESH CORPORATION, § § § Plaintiff, § § v. § § TV PRODUCTS USA, INC. § KISHORE SAMTANI, § NICK KURANI, § ROHAN BELANI, § § Defendants. § | Civil Action No. 08-CV-6461 (HB) (THK) **STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIMS** |

Plaintiff, Evert Fresh Corporation, by and through the undersigned counsel, and Defendants TV Products USA, Inc., Kishore Samtani, Nick Kurani and Rohan Belani, by and through their counsel of record, do hereby stipulate to extend the time for Plaintiff to answer or otherwise respond to Defendants' Counterclaims from September 3, 2008 through and including September 17, 2008. This stipulated extension of time has been agreed upon by all parties. No prior requests have been made for any extensions of time in this case. The requested extension will not affect any other scheduled dates in this case. This extension is not being entered for the purpose of delay.

DATED: New York, New York
August 25, 2008

DUANE MORRIS LLP

By: _____
Gregory P. Gulia
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff
Evert Fresh Corporation

SO ORDERED:

Dated: 8/26/08

_____
United States District Judge

2