DUANE MORRIS LLP
Gregory P. Gulia
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERT FRESH CORPORATION, | § Civil Action No. 08-6461-CIV-BAER/KATZ |
| Plaintiff | § NOTICE OF MOTION FOR |
| | § ADMISSION PRO HAC VICE |
| v. | § OF RICHARD T. REDANO |
| TV PRODUCTS USA, INC. | § |
| KISHORE SAMTANI, | § |
| NICK KURANI, | § |
| ROHAN BELANI | § |
| Defendants | § |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Gregory P. Gulia on August 29, 2008, plaintiff Evert Fresh Corporation hereby moves this Court before the Honorable Harold Baer, Jr., at the United States District Court, 500 Pearl Street, New York 10007, for an order pursuant to Local Civil Rule 1.3(c) granting the admission *pro hac vice* of:

> Richard T. Redano
> Duane Morris LLP
> 3200 Southwest Freeway, Suite 3150
> Houston, TX 77027-7534
> Tel: (713) 402-3900
> Fax: (713) 402-3901
> rtredano@duanemorris.com

to practice before this Court in the above-captioned action. Richard T. Redano is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Richard T. Redano in any State or Federal court.

2

                                                  DUANE MORRIS LLP

By: _____
Gregory P. Gulia
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1027
Facsimile: 212.692.1020
Attorneys for Plaintiff
  Evert Fresh Corporation

Dated: August 29, 2008

DUANE MORRIS LLP
Gregory P. Gulia
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EVERT FRESH CORPORATION, | § | Civil Action No. 08-6461-CIV-BAER/KATZ |
| | § | |
| Plaintiff | § | DECLARATION OF GREGORY P. |
| | § | GULIA IN SUPPORT OF MOTION |
| v. | § | FOR ADMISSION *PRO HAC VICE* |
| | § | OF RICHARD T. REDANO |
| TV PRODUCTS USA, INC. | § | |
| KISHORE SAMTANI, | § | |
| NICK KURANI, | § | |
| ROHAN BELANI | § | |
| | § | |
| Defendants | § | |

GREGORY P. GULIA, under penalty of perjury, hereby declares:

1. I am a partner of the firm Duane Morris LLP, counsel for plaintiff EVERT FRESH CORPORATION in the above-captioned action. I am fully familiar with the facts contained herein. I submit this motion, pursuant to Local Civil Rule 1.3(c), for an order admitting *pro hac vice* Richard T. Redano to practice before this Court in the above-captioned action.

2. I am a member in good standing of the bar of the State of New York and am admitted to the bar of the United States District Court for the Southern District of New York. I am in good standing with this Court.

3. Richard T. Redano is a member in good standing of the State Bar of Texas. An original Certificate of Good Standing issued by the State Bar of Texas within the last thirty days is annexed as Exhibit A.

4. I have found Richard T. Redano to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Annexed as Exhibit B is a proposed order granting the admission of Richard T. Redano *pro hac vice*.

WHEREFORE, it is respectfully requested that this Court admit *pro hac vice* Richard T. Redano to practice before this Court in the above-captioned action.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
August 29, 2008

GREGORY P. GULIA

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

August 26, 2008

Re:   Richard T. Redano, State Bar Number 16658400

To Whom It May Concern:

This is to certify that Mr. Richard T. Redano was licensed to practice law in Texas on November 8, 1985, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Redano's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



P.O. BOX 12487,  AUSTIN,  TEXAS 78711-2487,  512-453-5535 or 1-877-953-5535

DUANE MORRIS LLP
Gregory P. Gulia
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EVERT FRESH CORPORATION, | § | Civil Action No. 08-6461-CIV-BAER/KATZ |
| | § | |
| Plaintiff | § | [PROPOSED] ORDER FOR |
| | § | ADMISSION *PRO HAC VICE* |
| v. | § | OF RICHARD T. REDANO |
| | § | |
| TV PRODUCTS USA, INC. | § | |
| KISHORE SAMTANI, | § | |
| NICK KURANI, | § | |
| ROHAN BELANI | § | |
| | § | |
| Defendants | § | |

Upon consideration of the Motion of Gregory P. Gulia, attorney for plaintiff Evert Fresh Corporation, and said sponsor attorney's Declaration in Support thereof;

IT IS HEREBY ORDERED that

Richard T. Redano
Duane Morris LLP
3200 Southwest Freeway, Suite 3150
Houston, TX 77027-7534
Tel: (713) 402-3900
Fax: (713) 402-3901
rtredano@duanemorris.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

SO ORDERED:

Dated: _____, 2008    _____
Honorable Harold Baer, Jr.
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EVERT FRESH CORPORATION            :
                                   :
                Plaintiff,         :   Civil Action No. 08 CV 6461
                                   :   (BAER) (KATZ)
        -against-                  :
                                   :
TV PRODUCTS USA, INC,              :
KISHORE SAMTANI,                   :
NICK KURANI,                       :
ROHAN BELANI                       :
                                   :
                                   :
                Defendant.         :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, a copy of Plaintiff Evert Fresh Corporation's Notice of Motion for Admission PRO HAC VICE of Richard T. Redano was served by mail upon the following party:

        Brian J. Butler
        Bond, Schoeneck & King, PLLC
        1399 Franklin Avenue
        Suite 200
        Garden City, NY 11530

By: _____
      Edwin E. Grullon

DM1\1362602.1